356-358 SJP, LLC v Stewart (2020 NY Slip Op 51000(U))

[*1]

356-358 SJP, LLC v Stewart

2020 NY Slip Op 51000(U) [68 Misc 3d 132(A)]

Decided on August 28, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 28, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., BERNICE D. SIEGAL, WAVNY
TOUSSAINT, JJ

2018-2176 K C

356-358 SJP, LLC, Respondent,
against
Dorothy Stewart, Tenant. Nicholas Stewart, Appellant.

The Legal Aid Society (Ishrat Ruhi of counsel), for appellant.
Slochowsky & Slochowsky, LLP (Charles Loveless of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (David A.
Harris, J.), entered September 6, 2018. The order denied a motion by occupant Nicholas Stewart
to, among other things, vacate a final judgment of that court (Hannah Cohen, J.) entered May 4,
2018 pursuant to a so-ordered stipulation of settlement, awarding landlord possession and the
sum of $6,021.75, in a nonpayment summary proceeding.

ORDERED that the appeal is dismissed, all proceedings taken in the Civil Court, including
the final judgment entered May 4, 2018 and the order entered September 6, 2018, are vacated,
and the petition is dismissed.
Inasmuch as the tenant of record, Dorothy Stewart, the only respondent named in the petition
in this nonpayment proceeding, was deceased at the time the proceeding was commenced, the
proceeding was a nullity from its inception (see Gorbaty v Brodsky, 142 AD3d 584
[2016]). This defect could not be cured by stipulating to amend the caption of the "void" petition
to substitute occupant Nicholas Stewart for the deceased respondent (Krysa v Estate of
Qyra, 136 AD3d 760, 761 [2016]; see U.S. Bank N.A. v Cadeumag, 147 AD3d 881
[2017]).
Accordingly, the appeal is dismissed, all proceedings taken in the Civil Court, including the
final judgment entered May 4, 2018 and the order entered September 6, 2018, are vacated, and
the petition is dismissed.
ALIOTTA, P.J., SIEGAL and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 28, 2020